01/16/2009  15:48    6082645189                US PROB                                            PAGE  01/01

# MEMORANDUM

**DATE:** January 16, 2009

**FROM:** Kristin E. Kiel
U.S. Probation Officer

*PSC 1/21/09*

**SUBJECT:** <u>Change of Disclosure and Objection Date on Willie Davis</u>

**TO:** Honorable Barbara B. Crabb
U.S. District Judge

Good afternoon Judge. I am writing to request new disclosure and objection dates on Willie Davis. Defense counsel and I have had difficulty interviewing the defendant. Our first attempt was unsuccessful as the defendant was taken outside the prison for an unscheduled medical appointment. The second trip was unsuccessful as the defendant was transferred to a different institution the day prior to the interview. I have spoken to both parties and they have agreed to a new disclosure date of February 18, 2009, and a new objection date of March 4, 2009. The sentencing date can remain as previously scheduled. Thank you.

Reviewed and Approved:

*Tracy L. Russom*
Tracy L. Russom
Asst. Deputy Chief U.S. Probation Officer

*Approved
BBC
1/21/09*

KEK